IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> XIA WANG, et al., <br><br> Defendants. | Case No. 18-cv-07787 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 5, 2019 [53], in favor of Plaintiff Bulgari, S.p.A. ("Bulgari") and against the Defendants Identified in Schedule A in the amount of two hundred fifty thousand dollars ($250,000) per Defaulting Defendant, and Bulgari acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| KAFVNIE Bags Store | 110 |
| visionalpark | 279 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 12th day of April 2019.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Amy C. Ziegler*
　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Chrome Hearts LLC*

Subscribed and sworn to me by Amy C. Ziegler, on this 12th day of April 2019.

Given under by hand and notarial seal.

**ALYSSA GUYNN**
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Notary Public

　　　　　　　　　　　　　　　　　　　　　State of Illinois
　　　　　　　　　　　　　　　　　　　　　County of Cook

2