IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A.,<br><br>                Plaintiff,<br><br>v.<br><br>XIA WANG, et al.,<br><br>                Defendants. | Case No. 18-cv-07787<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## **SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on March 5, 2019 [53], in favor of Plaintiff Bulgari, S.p.A. ("Bulgari") and against the Defendants Identified in Schedule A in the amount of two hundred fifty thousand dollars ($250,000) per Defaulting Defendant, and Bulgari acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Elu xiao Store | 100 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 30th day of May 2019.    Respectfully submitted,

/s/ Amy C. Ziegler

Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*

Subscribed and sworn to me by Amy C. Ziegler, on this 30th day of May 2019.

Given under by hand and notarial seal.

ALYSSA GUYNN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

_____
Notary Public

State of Illinois
County of Cook

2