**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BULGARI, S.p.A., <br><br> Plaintiff, <br><br> v. <br><br> XIA WANG, et al., <br><br> Defendants. | Case No. 18-cv-07787 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on March 5, 2019 [53], in favor of Plaintiff Bulgari, S.p.A. ("Bulgari") and against the Defendants Identified in Schedule A in the amount of two hundred fifty thousand dollars ($250,000) per Defaulting Defendant, and Bulgari acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| chenxiaoqian | 185 |
| Lovelifelovehealthdepartment | 240 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 21st day of November 2019.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Bulgari, S.p.A.*